EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| NIEBLING, RICHARD A | § | Case No. 10-35560 |
| NIEBLING, KATHY | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/09/2010 . The undersigned trustee was appointed on 10/07/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        21,141.39

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 22.35 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 21,119.04 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/10/2011 and the deadline for filing governmental claims was 01/10/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,227.32 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,227.32 , for a total compensation of $ 2,227.32 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/07/2011        By:/s/PHILIP V. MARTINO
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Page: 1
Exhibit A

0/1/2010
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 10-35560 ERW Judge: EUGENE R. WEDOFF
Case Name: NIEBLING, RICHARD A
NIEBLING, KATHY
For Period Ending: 03/07/11

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 08/09/10 (f)
341(a) Meeting Date: 10/07/10
Claims Bar Date: 01/10/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1837-1 120TH, UNIT 0301, ARKDALE, WI 54613 | 89,000.00 | 0.00 | | 0.00 | FA |
| 2. 5140 25TH ST, LEHIGH ACRES, FLORIDA | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. 5142 25TH ST, LEHIGH ACRES, FLORIDA | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. 7015 N. IONIA, CHICAGO, IL, 60646 | 370,000.00 | 0.00 | | 0.00 | FA |
| 5. 20 | 20.00 | 0.00 | | 0.00 | FA |
| 6. BANK OF AMERICA CHECKING | 200.00 | 1,182.00 | | 3,090.00 | FA |
| 7. BANK OF AMERICA MONEY MARKET | 3,202.76 | 0.00 | | 0.00 | FA |
| 8. TCF ACCOUNT | 500.00 | 1,199.00 | | 0.00 | FA |
| 9. TCF BANK | 200.00 | 709.00 | | 0.00 | FA |
| 10. GENERAL HOUSHOLD GOODS, TWO BEDROOM SETS, 3 TELE | 600.00 | 0.00 | | 0.00 | FA |
| 11. NECESSARY WEARING APPAREL | 0.00 | 0.00 | | 0.00 | FA |
| 12. WEDDING BAND, COUSTUME JEWLERY, NECKLACES, | 200.00 | 0.00 | | 0.00 | FA |
| 13. EMPLOYER PROVIDED INSURANCE NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 14. ADVOATE MEDICAL GROUP 401K | 92,300.00 | 0.00 | | 0.00 | FA |
| 15. ADVOCATE PENSION | 39,000.00 | 0.00 | | 0.00 | FA |
| 16. CITY OF CHICAGO 401K | 110,000.00 | 0.00 | | 0.00 | FA |
| 17. CITY OF CHICAGO MUNICPAL EMPLOYEE PENSION FUND | 57,000.00 | 0.00 | | 0.00 | FA |
| 18. ETRADE STOCK ACCOUNT | 15,000.00 | 0.00 | | 18,050.51 | FA |
| 19. SAND BAR LLC - JOINTLLY HELD LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2004 FORD EXPLORER 75000 MILES | 6,900.00 | 0.00 | | 0.00 | FA |
| 21. 2009 HONDA CRV 9000 MILES | 14,225.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.88 | Unknown |
| TOTALS (Excluding Unknown Values) | $998,347.76 | $3,090.00 | | $21,141.39 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1 UST Form 101-7-TFR (10/1/2010) (Page: 3)

Ver: 16.01c

Page: 2
Exhibit A

10/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    10-35560    ERW    Judge: EUGENE R. WEDOFF    Trustee Name:    PHILIP V. MARTINO
Case Name:  NIEBLING, RICHARD A                            Date Filed (f) or Converted (c): 08/09/10 (f)
            NIEBLING, KATHY                                341(a) Meeting Date: 10/07/10
                                                           Claims Bar Date: 01/10/11

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 06/30/11

LFORM1    UST Form 101-7-TFR (10/1/2010) *(Page: 4)*    Ver: 16.01c

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-35560 -ERW
Case Name: NIEBLING, RICHARD A
NIEBLING, KATHY
Taxpayer ID No: *******1510
For Period Ending: 03/07/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0629  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/10 | 6 | Richard Niebling | | 1129-000 | 3,090.00 | | 3,090.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 3,090.03 |
| 12/22/10 | 18 | E-Trade Financial | Sale of stock | 1129-000 | 18,050.51 | | 21,140.54 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 21,140.69 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,141.23 |
| 02/14/11 | 000301 | International Sureties, Ltd. | pro rata share of blanket bond prem | 2300-000 | | 22.35 | 21,118.88 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 21,119.04 |
| | | | COLUMN TOTALS | | 21,141.39 | 22.35 | 21,119.04 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,141.39 | 22.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,141.39 | 22.35 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0629 | 21,141.39 | 22.35 | 21,119.04 |
| | 21,141.39 | 22.35 | 21,119.04 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    21,141.39    22.35

LFORM24    UST Form 101-7-TFR (10/1/2010) (Page: 5)    Ver: 16.01c

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-35560 | | Page 1 | | Date: March 07, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | NIEBLING, RICHARD A | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Quarles & Brady LLP | Administrative | | $3,255.50 | $0.00 | $3,255.50 |
| 001 3410-00 | Popowcer Katten | Administrative | | $992.50 | $0.00 | $992.50 |
| 000002 040 5400-00 | Chicago Municipal ECU 33 N. LaSalle Suite 300 Chicago, IL 60602 | Priority | | $7,365.86 | $0.00 | $7,365.86 |
| 999 8200-00 | RICHARD A NIEBLING 7015 N. IONIA CHICAGO, IL 60646 | Unsecured | | $6,368.20 | $0.00 | $6,368.20 |
| 000001 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $896.76 | $0.00 | $896.76 |
| | Case Totals: | | | $18,878.82 | $0.00 | $18,878.82 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-35560
Case Name: NIEBLING, RICHARD A
　　　　　　NIEBLING, KATHY
Trustee Name: PHILIP V. MARTINO

　　　　　Balance on hand　　　　　　　　　　　　　　　$　　　　21,119.04

　Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 2,227.32 | $ 0.00 | $ 2,227.32 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 3,255.50 | $ 0.00 | $ 3,255.50 |
| Accountant for Trustee Fees: Popowcer Katten | $ 992.50 | $ 0.00 | $ 992.50 |

　　Total to be paid for chapter 7 administrative expenses　　$　　　6,475.32

　　Remaining Balance　　　　　　　　　　　　　　　　　　$　　　14,643.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,365.86 must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chicago Municipal ECU | $ 7,365.86 | $ 0.00 | $ 7,365.86 |

    Total to be paid to priority creditors      $ 7,365.86

    Remaining Balance      $ 7,277.86

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 896.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 896.76 | $ 0.00 | $ 896.76 |

    Total to be paid to timely general unsecured creditors      $ 896.76

    Remaining Balance      $ 6,381.10

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 12.90 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,368.20 .