EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| NIEBLING, RICHARD A | § | Case No. 10-35560 |
| NIEBLING, KATHY | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/24/2011 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/21/2011    By: Clerk of the Bankruptcy Court
                               Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| NIEBLING, RICHARD A | § | Case No. 10-35560 |
| NIEBLING, KATHY | § § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 21,141.57 |
| and approved disbursements of | $ | 22.35 |
| leaving a balance on hand of[1] | $ | 21,119.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 2,227.34 | $ 0.00 | $ 2,227.34 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 3,255.50 | $ 0.00 | $ 3,255.50 |
| Accountant for Trustee Fees: Popowcer Katten | $ 992.50 | $ 0.00 | $ 992.50 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 6,475.34 |
| Remaining Balance | $ | 14,643.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,365.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chicago Municipal ECU | $ 7,365.86 | $ 0.00 | $ 7,365.86 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 7,365.86 |
| Remaining Balance | $ | 7,278.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 896.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 896.76 | $ 0.00 | $ 896.76 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 896.76 |
| Remaining Balance | $ | 6,381.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 13.06 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,368.20 .

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Richard A Niebling
Kathy Neibling
    Debtors

Case No. 10-35560-ERW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mjerdine     Page 1 of 1     Date Rcvd: Apr 22, 2011
                Form ID: pdf006    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2011.

```
db/jdb     +Richard A Niebling,   Kathy Neibling,   7015 N. Ionia,   Chicago, IL 60646-1205
aty        +O Allan Fridman,   Law Office of O. Allan Fridman,   555 Skokie Blvd,   Suite 500,
             Northbrook, IL 60062-2845
aty         Quarles & Brady LLP,   300 North LaSalle Street,   Suite 4000,   Chicago, IL  60654
aty         Shannon F O'Boye,   Quarles & Brady LLP,   300 North LaSalle Street,   Suite 4000,
             Chicago, IL  60654
aty         Shannon F OBoye,   Quarles & Brady LLP,   300 N LaSalle St Suite 4000,   Chicago, IL  60654
tr          Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
15971778   +Bac Home Loans Servi,   450 American St,   Simi Valley, CA 93065-6285
15971779   +Bank Of America,   4161 Piedmont Parkway,   Greensboro, NC 27410-8119
15971780  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One Bank Usa,    PO Box 85015,   Richmond, VA  23285-5075)
16318878    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15971781   +Chase Bank Usa, Na,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
15971782   +Chicago Municipal ECU,   33 N. LaSalle Suite 300,   Chicago, IL 60602-3427
15971783    Citimortgage,   PO Box 9438,DEPT 0251,   Gaithersburg, MD  20898-9438
15971784   +Everhome Mortgage,   4500 Salisbury Rd,   Jacksonville, FL 32216-0959
15971785   +Lee County Code Enforcement,   PO box 398,   Fort Meyers, Fl 33902-0398
15971786   +Lee County Tax Collector,   PO Box 1609,   Fort Meyers, FL 33902-1609
15971787   +O'Dess and Associates SC,   1414 Underwood Ave,   Suite 403,   Wauswatosa, WI 53213-2653,
             Fax 414-727-1590
15971788   +Round Point Mortgage Servicing,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
15971789   +Sunset Codominiums at Northern Bay,   Owners Assciation,   1844 20th Ave.,
             Arkdale, WI 54613-9578
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15971777   +E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 22 2011 21:51:48      American Honda Finan,
             2170 Point Blvd,   Suite 100,   Elgin, IL 60123-7875
                                                                                              TOTAL: 1
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2011**          **Signature:** *Joseph Speetjens*