EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| NIEBLING, RICHARD A | § | Case No. 10-35560 |
| NIEBLING, KATHY | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/PHILIP V. MARTINO_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RICHARD A NIEBLING |  |  |  |
| Richard A. Niebling |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finan 2170 Point Blvd Suite 100 Elgin, IL 60123 | | | | | |
| | Bac Home Loans Servi 450 American St Simi Valley, CA 93065 | | | | | |
| | Bank Of America 4161 Piedmont Parkway Greensboro, NC  27410 | | | | | |
| | Citimortgage PO Box 9438,DEPT 0251 Gaithersburg, MD  20898-9438 | | | | | |
| | Everhome Mortgage 4500 Salisbury Rd Jacksonville, FL 32216-0900 O'Dess and Associates SC 1414 Underwood Ave Suite 403 Wauswatosa, WI  53213 Fax 414-727-1590 | | | | | |
| | Lee County Tax Collector PO Box 1609 Fort Meyers, FL 33902 | | | | | |
| | Round Point Mortgage Servicing 5032 Parkway Plaza Blvd Charlotte, NC 28217 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Round Point Mortgage Servicing 5032 Parkway Plaza Blvd Charlotte, NC 28217 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| QUARLES & BRADY LLP | | | | | |
| POPOWCER KATTEN | | | | | |
| POPOWCER KATTEN | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CHICAGO MUNICIPAL ECU | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Usa PO Box 85015 Richmond, VA 23285-5075 | | | | | |
| | Chase Bank Usa, Na 201 N. Walnut St//De1-1027 Wilmington, DE  19801 | | | | | |
| | Chicago Municipal ECU 33 N. LaSalle Suite 300 Chicago, IL 60602 | | | | | |
| | Lee County Code Enforcement PO box 398 Fort Meyers, Fl 33902 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Sunset Codominiums at Northern Bay Owners Assciation 1844 20th Ave. Arkdale, WI 54613 |  |  |  |  |  |
| 000001 | CHASE BANK USA, N.A. |  |  |  |  |  |
|  | CHASE BANK USA, N.A. |  |  |  |  |  |
|  | CHICAGO MUNICIPAL ECU |  |  |  |  |  |
|  | NIEBLING, RICHARD A |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

0/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-35560 ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | NIEBLING, RICHARD A | | Date Filed (f) or Converted (c): | 08/09/10 (f) |
| | NIEBLING, KATHY | | 341(a) Meeting Date: | 10/07/10 |
| For Period Ending: | 09/09/11 | | Claims Bar Date: | 01/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1837-1 120TH, UNIT 0301, ARKDALE, WI 54613 | 89,000.00 | 0.00 | | 0.00 | FA |
| 2. 5140 25TH ST, LEHIGH ACRES, FLORIDA | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. 5142 25TH ST, LEHIGH ACRES, FLORIDA | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. 7015 N. IONIA, CHICAGO, IL , 60646 | 370,000.00 | 0.00 | | 0.00 | FA |
| 5. 20 | 20.00 | 0.00 | | 0.00 | FA |
| 6. BANK OF AMERICA CHECKING | 200.00 | 1,182.00 | | 3,090.00 | FA |
| 7. BANK OF AMERICA MONEY MARKET | 3,202.76 | 0.00 | | 0.00 | FA |
| 8. TCF ACCOUNT | 500.00 | 1,199.00 | | 0.00 | FA |
| 9. TCF BANK | 200.00 | 709.00 | | 0.00 | FA |
| 10. GENERAL HOUSHOLD GOODS, TWO BEDROOM SETS, 3 TELE | 600.00 | 0.00 | | 0.00 | FA |
| 11. NECESSARY WEARING APPAREL | 0.00 | 0.00 | | 0.00 | FA |
| 12. WEDDING BAND, COUSTUME JEWLERY , NECKLACES, | 200.00 | 0.00 | | 0.00 | FA |
| 13. EMPLOYER PROVIDED INSURANCE NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 14. ADVOATE MEDICAL GROUP 401K | 92,300.00 | 0.00 | | 0.00 | FA |
| 15. ADVOCATE PENSION | 39,000.00 | 0.00 | | 0.00 | FA |
| 16. CITY OF CHICAGO 401K | 110,000.00 | 0.00 | | 0.00 | FA |
| 17. CITY OF CHICAGO MUNICPAL EMPLOYEE PENSION FUND | 57,000.00 | 0.00 | | 0.00 | FA |
| 18. ETRADE STOCK ACCOUNT | 15,000.00 | 0.00 | | 18,050.51 | FA |
| 19. SAND BAR LLC - JOINTLY HELD LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2004 FORD EXPLORER 75000 MILES | 6,900.00 | 0.00 | | 0.00 | FA |
| 21. 2009 HONDA CRV 9000 MILES | 14,225.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.38 | Unknown |
| TOTALS (Excluding Unknown Values) | $998,347.76 | $3,090.00 | | $21,141.89 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

LFORM1
UST Form 101-7-TDR (10/1/2010) (Page: 8)

Ver: 16.02b

| | | |
|---|---|---|
| | 10/1/2010 | Page: 2 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-35560    ERW    Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | NIEBLING, RICHARD A | Date Filed (f) or Converted (c): | 08/09/10 (f) |
| | NIEBLING, KATHY | 341(a) Meeting Date: | 10/07/10 |
| | | Claims Bar Date: | 01/10/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11        Current Projected Date of Final Report (TFR): 06/30/11

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-35560 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | NIEBLING, RICHARD A | | Bank Name: | BANK OF AMERICA, N.A. |
| | NIEBLING, KATHY | | Account Number / CD #: | *******0629 BofA - Money Market Account |
| Taxpayer ID No: | *******1510 | | | |
| For Period Ending: | 09/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/10 | 6 | Richard Niebling | | 1129-000 | 3,090.00 | | 3,090.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 3,090.03 |
| 12/22/10 | 18 | E-Trade Financial | Sale of stock | 1129-000 | 18,050.51 | | 21,140.54 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 21,140.69 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,141.23 |
| 02/14/11 | 000301 | International Sureties, Ltd. | pro rata share of blanket bond prem | 2300-000 | | 22.35 | 21,118.88 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 21,119.04 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,119.22 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,119.39 |
| 05/26/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 21,119.54 |
| 05/26/11 | | Transfer to Acct #*******0755 | Final Posting Transfer | 9999-000 | | 21,119.54 | 0.00 |

| | COLUMN TOTALS | 21,141.89 | 21,141.89 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 21,119.54 | |
| | Subtotal | 21,141.89 | 22.35 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 21,141.89 | 22.35 | |

Page Subtotals  21,141.89  21,141.89

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-35560 -ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | NIEBLING, RICHARD A | | Bank Name: | BANK OF AMERICA, N.A. |
| | NIEBLING, KATHY | | Account Number / CD #: | *******0755  BofA - Checking Account |
| Taxpayer ID No: | *******1510 | | | |
| For Period Ending: | 09/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/26/11 | | Transfer from Acct #*******0629 | Transfer In From MMA Account | 9999-000 | 21,119.54 | | 21,119.54 |
| 05/31/11 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,227.32 | 18,892.22 |
| 05/31/11 | 003002 | Quarles & Brady LLP | Fees and Costs | 3110-000 | | 3,255.50 | 15,636.72 |
| * 05/31/11 | 003003 | Popowcer Katten | Fees and Costs | 3410-003 | | 992.50 | 14,644.22 |
| 05/31/11 | 003004 | Chicago Municipal ECU<br>33 N. LaSalle Suite 300<br>Chicago, IL 60602 | Claim 000002, Payment 100.05213%<br>(2-1) sec'd poc pension | | | 7,369.70 | 7,274.52 |
| | | | Claim       7,365.86 | 5400-000 | | | |
| | | | Interest        3.84 | 7990-000 | | | |
| 05/31/11 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 100.05241% | | | 897.23 | 6,377.29 |
| | | | Claim         896.76 | 7100-000 | | | |
| | | | Interest        0.47 | 7990-000 | | | |
| 05/31/11 | 003006 | RICHARD A NIEBLING<br>7015 N. IONIA<br>CHICAGO, IL  60646 | Surplus Funds | | | 6,377.29 | 0.00 |
| | | | Claim       6,373.97 | 8200-002 | | | |
| | | | Interest        3.32 | 7990-000 | | | |
| * 06/15/11 | 003003 | Popowcer Katten | Fees and Costs<br>Check was written for wrong amount. | 3410-003 | | -992.50 | 992.50 |
| 06/15/11 | 003007 | Popowcer Katten | | 3410-000 | | 922.50 | 70.00 |
| 06/15/11 | 003008 | Richard A. Niebling | | 8200-002 | | 70.00 | 0.00 |

Page Subtotals          21,119.54         21,119.54

Ver: 16.02b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-35560 -ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | NIEBLING, RICHARD A | | Bank Name: | BANK OF AMERICA, N.A. |
| | NIEBLING, KATHY | | Account Number / CD #: | *******0755 BofA - Checking Account |
| Taxpayer ID No: | *******1510 | | | |
| For Period Ending: | 09/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 21,119.54 | 21,119.54 | 0.00 |
| Less: Bank Transfers/CD's | 21,119.54 | 0.00 | |
| Subtotal | 0.00 | 21,119.54 | |
| Less: Payments to Debtors | | 6,447.29 | |
| Net | 0.00 | 14,672.25 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0629 | 21,141.89 | 22.35 | 0.00 |
| BofA - Checking Account - ********0755 | 0.00 | 14,672.25 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 21,141.89 | 14,694.60 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*